# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
(804) 916-2700
www.ca4.uscourts.gov

RECEIVED
2024 MAR -1 P 2:39
U.S. COURT OF APPEALS
FOURTH CIRCUIT

## ORAL ARGUMENT CD REQUEST FORM
For Cases Argued between September 2002 and April 2011

In May 2011, the court began posting oral argument audio files in MP3 format to the court's Internet site. The audio files are posted by the next business day after oral argument and available to download.

For cases argued between September 2002 and April 2011, an oral argument CD may be requested by completing this form and paying the $34 fee (if applicable), in accordance with the Court of Appeals Fee Schedule, 28 U.S.C. foll. § 1913. Payment may be made by credit card through CM/ECF, by cash, or by check or money order payable to Clerk, U.S. Court of Appeals. For cases argued between September 2002 and April 2011, the $34 fee is waived for persons providing services under the Criminal Justice Act and for federal agencies.

An oral argument CD is requested for the following case:

| Case Number | Case Name | Argument Date |
|---|---|---|
| 11-4631 | US VS RYAN HOLNESS | 10-04-2012 |
|  |  |  |
|  |  |  |

The recording should be sent to:

Name: RYAN HOLNESS 44514-037

Street/PO Box: FCI OTISVILLE

PO BOX 1000

City: OTISVILLE   State: NY   Zip Code: 10963

Phone number: 845-386-6700   Date: 02-26-2024

12/01/2023 SCC   Print to PDF for Filing